ROBERT CIOFFOLETTI ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF RIDGEFIELD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 34 Conn. App. 685 (AC 12691), is denied.

*Melvin J. Silverman,* in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided July 21, 1994

STATE OF CONNECTICUT *v.* SUSAN DEFRANCESCO

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 741 (AC 12700), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the defendant's convictions for possession of a jungle cat and a bengal cat on the ground that General Statutes § 26-40a was unconstitutionally vague as applied to the facts of this case?"

The Supreme Court docket number is SC 14971.

*Jack W. Fischer,* assistant state's attorney, in support of the petition.

*Norton P. Feinstein,* in opposition.

Decided July 21, 1994